# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 21, 2015

## NO. 03-14-00618-CR

**John Anders, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the nunc pro tunc judgment adjudicating guilt entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's nunc pro tunc judgment adjudicating guilt. Therefore, the Court affirms the trial court's nunc pro tunc judgment adjudicating guilt. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.